IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DOUGLAS MALLORY**, *Individually and on Behalf of all Others Similarly Situated*, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. **3:24-CV-2322-L-BT** |
| § | |
| **GERALD STOGSDILL**, *Individually*, **DEBRA PEÑA**, *Individually*, **and COSMOPOLITAN CORP.** *doing business as* Cosmopolitan Lounge, § § § § § | |
| Defendants. § | |

## ORDER

The court has been notified by the parties' Joint Motion to Administratively Close Case and Notice of Settlement ("Motion") (Doc. 32), filed November 20, 2025, that this case has settled. The parties are therefore **directed** to file a stipulation or notice of dismissal, or an agreed motion to dismiss with the United States District Clerk's Office by **December 8, 2026**. The court truly appreciates the efforts of the parties in resolving this case. There appears to be no further reason at this time to maintain this case as an open file for statistical purposes. The court **grants** the Motion and **determines** that this action should be, and is hereby, **administratively closed**. Accordingly, the United States District Clerk is **instructed** to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**It is so ordered** this 21st day of November, 2025.

                                            Sam A. Lindsay
                                            United States District Judge